*McClement v. Port Authority Trans-Hudson Corporation,*
*a wholly owned subsidiary of Port Authority of New York and New Jersey*

Civil Action No.: 11-6839 (CCC)

# EXHIBIT 1

Transcript of the continued deposition of Anna McClement, dated November 5, 2013

This Exhibit is being filed under seal pursuant to the

Consent Discovery Confidentiality Order and L. Civ. R. 5.3.